IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-02467-DME-MJW

CARLO LOMBARDI,

Plaintiff(s),

v.

ADVANTAGE LOGISTICS, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion to Vacate Scheduling Conference Currently Set For January 11, 2012 at 9:30 a.m. [Docket No. 6, filed January 09, 2012] is granted in that the Scheduling Conference is **converted** to a Status Conference. All counsel who have entered shall appear in person in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, for the Status Conference set January 11, 2012 at 9:30 a.m.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Date: January 10, 2012