**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   11-cv-02467-DME-MJW              FTR - Courtroom A-502

**Date:**   January 30, 2012                             Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                                              <u>Counsel</u>

CARLO LOMBARDI,                                         David J. Furtado

     Plaintiff(s),

v.

ADVANTAGE LOGISTICS USA WEST, LLC,          - - - - -

     Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   9:05 a.m.
Court calls case. Telephonic appearance of Plaintiff's counsel.

Status of the case is discussed.

**It is ORDERED:**   Plaintiff's MOTION TO AMEND THE COMPLAINT [Docket No. **11**, filed January 24, 2012] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   The AMENDED COMPLAINT AND JURY DEMAND [Docket No. **12**] is accepted for filing as of this date, **January 30, 2012.**
The caption is amended accordingly and all future filings shall reflect the new caption.

**It is ORDERED:**   A   **RULE 16(b) SCHEDULING/ PLANNING CONFERENCE** is set **MARCH 23, 2012 at 9:00 a.m.**   in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
Parties shall file their join proposed SCHEDULING ORDER
**on or before MARCH 19, 2012.**

Plaintiff shall include, with service to the correct defendant, a copy of the original Order Setting Scheduling Conference [Docket No. 3, filed October 25, 2011], and Notice of the Scheduling Conference set March 23, 2012.

HEARING CONCLUDES.    **Court in recess:**   9:16 a.m. Total In-Court Time:  00:11